```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :    NOLLE PROSEQUI

          -v.-                 :    22 Cr. 87 (PKC)

EDGARDO COLON MONTANEZ,        :

          Defendant.           :

- - - - - - - - - - - - - - - - x
```

1.  The filing of this nolle prosequi will dispose of this case with respect to EDGARDO COLON MONTANEZ, the defendant.

2.  On or about July 14, 2021, a Grand Jury sitting in the District of South Carolina returned a one-count indictment charging EDGARDO COLON MONTANEZ, the defendant, with one count of making a false statement, in violation of Title 18, United States Code, Section 1001.

3.  On or about January 28, 2022, the U.S. District Court for the District of South Carolina granted a motion filed by EDGARDO COLON MONTANEZ, the defendant, to transfer venue to this District pursuant to Federal Rule of Criminal Procedure 21(b).

4.  Based on a review of the evidence in the case and other pertinent factors, the Government has concluded that further prosecution of EDGARDO COLON MONTANEZ, the defendant,

1

would not be in the interests of justice.

   5. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to EDGARDO COLON MONTANEZ, the defendant, in the above-captioned matter.

                _____
                Madison Reddick Smyser
                Assistant United States Attorney
                (212) 637-2381

Dated: New York, New York
     June 1, 2022

2

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant EDGARDO COLON MONTANEZ with respect to Indictment 22 Cr. 87 (PKC).

_____
DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Dated:   New York, New York
         June 2, 2022


SO ORDERED:                      _____
                                 P. Kevin Castel
                                 United States District Judge

Dated:   New York, New York
         June 3 , 2022

3