Case 1:22-cr-00087-PKC   Document 12   Filed 06/06/22   Page 1 of 1



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2022

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.
Dated: 6/6/2022

*P. Kevin Castel*
United States District Judge

Re:   *United States v. Edgardo Colon Montanez*, 22 Cr. 87 (PKC)

Dear Judge Castel:

In light of the order of *nolle prosequi* filed on June 3, 2022, Dkt. 10, the Government respectfully requests that the Court dismiss the indictment in this case and adjourn the conference scheduled for June 8, 2022 *sine die*.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Madison Reddick Smyser
Assistant United States Attorney
Southern District of New York
(212) 637-2381

cc: Julia Gatto, Esq. (via ECF)